# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Derrick D. Boger**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:17-cv-00141-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Roy Cooper et al. | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2017 Order.

August 15, 2017

_____
Frank G. Johns, Clerk
United States District Court